COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     *Wendy Marie Meigs v. Todd Zucker and Bohreer & Zucker LLP*

Appellate case number:   01-19-00321-CV

Trial court case number:  2017-73029

Trial court:             133rd District Court of Harris County

On June 21, 2021, the appellant filed a motion requesting an opinion from the en banc court.

The en banc court denied reconsideration on April 6, 2021, and a panel of this court denied the appellant's motion to reinstate the case on June 15, 2021.

We hereby DENY the appellant's motion for further opinion.

This case is closed. Should the appellant make additional filings in this case, the filings will be docketed but no further action will be taken by the court in this closed case.

Justice's signature:  /s/ Gordon Goodman
                      Acting for the Court

Panel consists of: Justices Goodman, Landau, and Hightower.

Date:  June 24, 2021